# UNITED STATES BANKRUPTCY COURT

## Middle District of Pennsylvania

In re Lisa A Arana                              ,          Case No. 5:18-bk-01920-RNO

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| ONYX BAY TRUST | ONEMAIN Financial Services, INC. as servicer for ONYX BAY TRUST |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Select Portfolio Servicing, Inc.
 P.O. Box 65250
 Salt Lake City, UT 84165-0250

Phone: 1-800-258-8602

Last Four Digits of Acct #: 2372

Court Claim # (if known): 3-1
Amount of Claim: $23,332.26
Date Claim Filed: 06/05/2018

Phone: 800-266-9800

Last Four Digits of Acct. #: 3207

Name and Address where transferee payments should be sent (if different from above):
 Select Portfolio Servicing, Inc.
 P.O. Box 65450
 Salt Lake City, UT 84165-0450
Phone: 1-800-258-8602

Last Four Digits of Acct #: 2372

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew M. Lubin                              Date: 06/19/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>     Lisa A Arana,<br>          Debtor(s) | Bankruptcy No.  5:18-bk-01920-RNO<br>Chapter 13 |
| ONYX BAY TRUST,<br>          Secured Creditor, | |
| Lisa A Arana,<br>          Debtor(s) / Respondent(s), | |
| and<br>Charles J. DeHart, III,<br>          Trustee / Respondent. | |

## CERTIFICATION OF SERVICE

    Andrew M. Lubin, Esquire counsel for ONYX BAY TRUST, hereby certifies that a copy of the Transfer of Claim was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on June 19, 2019, addressed as follows:

| | |
|---|---|
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>*via electronic transmission and regular mail* | Patrick James Best<br>ARM Lawyers<br>18 North 8th Street<br>Stroudsburg, PA 18360<br>*via electronic transmission and regular mail* |
| Lisa A Arana<br>PO Box 457<br>3105 Leisure Drive<br>Pocono Summit, PA 18346<br>*via regular mail* | |

MILSTEAD & ASSOCIATES, LLC

DATED:  June 19, 2019

By:   /s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. 54297
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Secured Creditor